

## NUMBER 13-02-00333-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

### IN RE: HISPANIC TELEVISION NETWORK, INC.

### On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Yañez and Benavides**
**Memorandum Opinion Per Curiam**

This petition for writ of mandamus was abated by this Court on August 8, 2002, due to the bankruptcy of one of the parties to this appeal.   *See* 11 U.S.C. § 362; *see generally* TEX. R. APP. P. 8.  Since the abatement there has been no activity in this proceeding.  On January 15, 2009, the Court ordered the parties to file a status advisory and, if applicable, a motion to reinstate or a motion to dismiss.  The order notified the parties that failure to respond to the order would result in reinstatement and dismissal for want of prosecution.

The parties have failed to respond. Accordingly, we reinstate the original mandamus proceeding and dismiss the petition for writ of mandamus for want of prosecution. *See* TEX. R. APP. P. 42.3(b).

PER CURIAM

Memorandum Opinion delivered and filed
this the 12th day of March, 2009.